**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TALANOA T. NAUFAHU,<br><br>        Plaintiff - Appellant,<br><br>   v.<br><br>ROBINSON TAIT, P.S.; JOE A.P.<br>SOLSENG; WELLS FARGO BANK,<br>N.A.; PHH MORTGAGE<br>SERVICES; NORIKO COLSTON,<br><br>        Defendants - Appellees. | No. 23-4129<br><br>D.C. No. 3:20-cv-00048-SLG<br><br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Alaska
Sharon L. Gleason, District Judge, Presiding

Submitted April 22, 2025**

Before:     GRABER, H.A. THOMAS, and JOHNSTONE, Circuit Judges.

Talanoa T. Naufahu appeals pro se from the district court's order denying

his Federal Rule of Civil Procedure 60(b)(6) motion for relief from judgment in his

---

    \*     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    \*\*     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

wrongful foreclosure action alleging federal and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Navajo Nation v. Dep't of the Interior*, 876 F.3d 1144, 1173 (9th Cir. 2017). We affirm.

The district court did not abuse its discretion by denying Naufahu's Rule 60(b)(6) motion because Naufahu failed to demonstrate any basis for relief. *See id.* ("Rule 60(b) relief should be granted sparingly . . . and only where extraordinary circumstances prevented a party from taking timely action to prevent or correct an erroneous judgment." (emphasis omitted) (citation and internal quotation marks omitted)).

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**